THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Gloria Jenkins,       
Appellant.
 
 
 

Appeal From Beaufort County
Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2003-UP-742
Submitted October 10, 2003  Filed December 
 17, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, of Columbia, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John, W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Randolph Murdaugh, III, of Hampton, for Respondent.
 
 
 

PER CURIAM: Gloria Jenkins appeals from a 
 negotiated plea, arguing that the trial judge should have ordered a mental examination 
 for Jenkins before accepting the plea since Jenkins was taking medication at 
 the time. Counsel for Jenkins attached to the final brief a petition to be relieved 
 as counsel. 
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Dyes appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.